**Order entered April 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00054-CV

**FATIMA DOLORES RODAS, Appellant**

**V.**

**LA MADELEINE OF TEXAS, INC. AND LUIS BLAS, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04672**

## ORDER

We **DENY** appellant's motion for sanctions filed on March 31, 2014.

We **DENY** appellant's amended motion for sanctions filed on March 31, 2014.

We **DENY AS MOOT** appellant's amended emergency motion for rehearing filed on April 2, 2014.

We **OVERRULE AS MOOT** appellees' objection to appellant's request for a free supplemental reporter's record filed on April 15, 2014.

We **OVERRULE** appellant's objection to order denying appellant's assertion of inaccuracies filed on April 28, 2014.

We **DENY AS MOOT** appellant's amended second motion for extension of time to file brief filed on April 28, 2014.

/s/ BILL WHITEHILL
    JUSTICE